UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GWENDOLYN GRAY,

                      Plaintiff,                NOTICE OF APPEARANCE

    -vs-

                                                    08-CIV 3233-RWS

THE UNITED STATES OF AMERICA,
WACKENHUT SERVICES, INCORPORATED,
ALUTIQ SECURITY & TECHNOLOGY, LLC
and AFOGNAK NATIVE CORPORATION,

                      Defendants.
------------------------------------------------------------------X

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff GWENDOLYN GRAY.

I certify that I am admitted to practice in this court.

April 2, 2008

                                            *[signature]*
                                      ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                      of FINKELSTEIN & PARTNERS, LLP
                                      436 Robinson Avenue
                                      Newburgh, N.Y. 12550
                                      Phone: (800) 634-1212
                                      Fax: 845-562-3492
                                      E-mail: epolimeni@lawampm.com