Our File: 84949-01/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08-CV-03233

GWENDOLYN GRAY,

Plaintiff(s),

AFFIDAVIT OF SERVICE
of
SUMMONS AND COMPLAINT

-against-

THE UNITED STATES OF AMERICA, WACKENHUT SERVICES, INCORPORATED, ALUTIIQ SECURITY & TECHNOLOGY, LLC and AFOGNAK NATIVE CORPORATION,

Defendant(s).

---

STATE OF NEW YORK, COUNTY OF        SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at:

On 4-11-08, at 3:15 A.M. / P.M. at:
deponent served the within
( ) summons          ( ) with notice              ( ) order to show cause
(X) summons and complaint                        ( ) notice of motion
( ) notice of petition and petition              ( ) citation
( ) subpoena        ( ) subpoena duces tecum      ( ) notice to take deposition

on: AFOGNAK NATIVE CORPORATION
3909 Arctic Blvd #400
Anchorage, AK 99503

(X) defendant
( ) respondent
( ) witness

1. INDIVIDUAL ( )  by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

2. CORPORATION (X)  a _____ corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in same as said recipient and knew said individual to be _____ thereof _____. KIM PINKERTON, Senior Paralegal, authorized to accept service

3. SUITABLE Age Person ( )  by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ( ) actual place of business ( ) dwelling place ( ) usual place of abode with the state.

4. AFFIXING TO DOOR ETC. ( )  by affixing a true copy of each to the door of said premises, which is recipient's ( ) actual place of business ( ) dwelling place ( ) usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there

Deponent talked to _____ who stated that recipient ( ) lived ( ) worked there.

a. ( ) MAILING TO _____ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.  OR

b. ( ) Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

c. ( ) The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against recipient.

DESCRIPTION
( ) Male      (X) White Skin    [] Black Hair     [] White Hair    [] 14-20 Yrs.    [] Under 5'       [] Under 100 Lbs.
(X) Female    [] Black Skin     (X) Brown Hair    [] Balding       [] 21-35 Yrs.    (X) 5'0"-5'3"     (X) 100-130 Lbs.
              [] Yellow Skin    [] Blonde Hair    []Mustache       [] 36-50 Yrs.    [] 5'4"-5'8"      [] 131-160 Lbs.
              [] Brown Skin     [] Gray Hair      [] Beard         (X) 51-65 Yrs.   [] 5'9"-6'0"      []161-200 Lbs.
              [] Red Skin       [] Red Hair       (X) Glasses      [] Over 65 Yrs.  [] Over 6'        [] Over 200 Lbs.
Other identifying features:

MILITARY SERVICE   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. Upon information and belief I aver that the recipient is not in military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $ 55.00

Sworn to before me on 16 day of April 2008

_____
NOTARY FOR ALASKA
6-5-09

"OFFICIAL SEAL"
ROD ZIEGER
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 6-5-09

STEVE ARTURO