# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    CASE #:    08 CV 03233

GWENDOLYN GRAY

                                              Plaintiff(s)/Petitioner(s)

                       against

THE UNITED STATES OF AMERICA, ET. AL.,

                                              Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Michael Pickett    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on   4/7/08    at    4:15 PM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL CASE, COMPLAINT**

upon:    **WACKENHUT SERVICES INCORPORATED**

defendant/respondent in this action by delivering and leaving with    Chad Matice
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| male | white | brown | 21-24 | 5'11"-6' | 190-210 | glasses |

Sworn to before me on: 4/8/2008

*Nancy E. Gunner*
Notary Public

*Michael Pickett*
Michael Pickett

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

109637

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe |
|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 |

NANCY E. GUNNER
Notary Public, State of New York
No. 01GU6179812
Qualified in Albany County
Commission Expires 02-04-12

State of New York - Department of State
Receipt for Service

Receipt #: 200804080624
Date of Service: 04/07/2008
Service Company: 09 LIGHTNING LEGAL SERVICES - 09

Cash #: 200804080336
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: WACKENHUT SERVICES, INCORPORATED

Plaintiff/Petitioner:
    GRAY, GWENDOLYN

Service of Process Address:
CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NY 12207-2543

Secretary of State
By CHAD MATICE