# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    CASE #:   08 CV 03233

GWENDOLYN GRAY

                                                        Plaintiff(s)/Petitioner(s)

against

THE UNITED STATES OF AMERICA, ET. AL.,

                                                        Defendant(s)/Respondent(s)

State of NY

County of Albany    SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 4/7/08 at 4:15 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL CASE, COMPLAINT**

upon: **ALUTIIQ SECURITY & TECHNOLOGY LLC**

defendant/respondent in this action by delivering and leaving with Chad Matice authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

303 of the Limited Liability Company Law

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| male | white | brown | 21-24 | 5'11"-6' | 190-210 | glasses |

Sworn to before me on: 4/8/2008

_Nancy E. Gunner_
Notary Public

_Michael Pickett_
Michael Pickett

Claudia M. Murphy
Notary Public, State of NY
No 01MU5016071
Qualified in Albany County
Commission expires 8/2/05

Kerry Gunner
Notary Public, State of NY
No 01GU5038710
Qualified in Albany County
Commission expires 2/6/2011

Jessica DeVoe
Notary Public, State of NY
No 01DE6042657
Qualified in Albany County
Commission Expires 5/30/10

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

109638

NANCY E. GUNNER
Notary Public, State of New York
No. 01GU6179812
Qualified in Albany County
Commission Expires 02-04-12

State of New York - Department of State
Receipt for Service

Receipt #: 200804080636                          Cash #: 200804080343
Date of Service: 04/07/2008                      Fee Paid: $40 - CHECK
Service Company: 09 LIGHTNING LEGAL SERVICES - 09

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED
LIABILITY COMPANY LAW

Party Served: ALUTIIQ SECURITY & TECHNOLOGY, LLC

Plaintiff/Petitioner:
    GRAY, GWENDOLYN

Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

                                                 Secretary of State
                                                 BY CHAD MATICE