UNITED STATES DISTRICT CORUT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GWENDOLYN GRAY,

                Plaintiff,

-against-

THE UNTIED STATES OF AMERICA,
WACKENHUT SERVICES, INCORPORATED,
ALUTIIQ SECURITY & TECHNOLOGY, LLC and
AFOGNAK NATIVE CORPORATION,,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.: 08-CV-0323
(RS)   (THK)

**DEFENDANT WACKENHUT SERVICES INCORPORATED'S RULE 7.1 DISCLOSURE**

      The defendant, WACKENHUT SERVICES, INCORPORATED, by its attorneys, AHMUTY, DEMERS & McMANUS, ESQS., as and for its disclosure pursuant to Fed.R.Civ.P. 7.1 hereby allege upon information and belief:

      That the defendant, WACKENHUT SERVICES, INCORPORATED, is a domestic corporation with its principal place of business located at 621 N.W. 53rd Road, Palm Beach Gardens, Florida 33410.

      **PLEASE TAKE NOTICE** that this disclosure will be supplemented shortly.

DATED:    Albertson, New York
             May 15, 2008

                                        BY:   FRANK J. PECORELLI, JR.(8839)
                                        AHMUTY, DEMERS & McMANUS, ESQS.
                                        Attorneys for Defendant-
                                        **WACKENHUT SERVICES, INCORPORATED**
                                        200 I.U. Willets Road
                                        Albertson, New York  11507
                                        (516) 294-5433
                                        File No.:   WAC 051508 FJP

TO:    FINKELSTEIN & PARTNERS, LLP
        Attorneys for Plaintiff
        436 Robinson Avenue
        Newburgh, NY 12550
        (845) 562-0203
        (845) 562-3492 (fax)

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                ) S.S.:
COUNTY OF NASSAU )

      CHAROLETTE RUBIO being duly sworn deposes and says: deponent is not a party to the action, is over 18 years of age and resides at West Islip, New York.

      On May 16, 2008 deponent served the within DEFENDANT WACKENHUT SERVICES INCORPORATED'S RULE 7.1 DISCLOSURE upon the following attorneys at their respective addresses, the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    FINKELSTEIN & PARTNERS, LLP
        Attorneys for Plaintiff
        436 Robinson Avenue
        Newburgh, NY 12550

                                      _____
                                      CHAROLETTE RUBIO

Sworn to before me this
16th day of May, 2008

_____
    NOTARY PUBLIC, N.Y.S.

Index No.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
======================================
**GWENDOLYN GRAY,**

                        **Plaintiff,**

    -against-

**THE UNITED STATES OF AMERICA,**
**WACKENHUT SERVICES, INCORPORATED,**
**ALUTIIQ SECURITY & TECHNOLOGY, LLC and**
**AFOGNAK NATIVE CORPORATION,**

                        **Defendants.**
======================================
        **DEFENDANT WACKENHUT SERVICES,**
      **INCORPORATED'S RULE 7.1 DISCLOSURE**
======================================
        **AHMUTY, DEMERS & McMANUS, ESQS.**
             Attorneys for Defendant
      **WACKENHUT SERVICES, INCORPORATED**
             200 I.U. Willets Road
           Albertson, New York  11507
                (516) 294-5433
               WAC 051508 FJP
======================================