UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GWENDOLYN GRAY,

                Plaintiff,                      **ECF CASE**

      v.

                                            08 Civ. 3233 (RWS)

UNITED STATES OF AMERICA, et al.,

                Defendants.                NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 9, 2008

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                            By:    /s/
                                            DAVID BOBER
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2718
                                            Facsimile: (212) 637-2786
                                            Email: david.bober@usdoj.gov

To:    Eleanor Louise Polimeni, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Frank J. Pecorelli, Jr
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507