415-8013/1032363

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GWENDOLYN GREY,

                              Plaintiff,

      -against-

THE UNITED STATES OF AMERICA,
WACKENHUT SERVICES, INCORPORATED,
ALUTIIQ SECURITY & TECHNOLOGY, LLC
and AFOGNAK NATIVE CORPORATION,

                              Defendants.
------------------------------------------------------------x

RULE 7.1 STATEMENT

08-civ- 03233 (RWS)

Filed by ECF on
June 10, 2008

      Pursuant to Fed. R. Civ. P. 7.1, defendants ALUTIIQ SECURITY & TECHNOLOGY, LLC and AFOGNAK NATIVE CORPORATION identify the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of them:

      NONE.

Dated:     New York, New York
               June 10, 2008

                                     LESTER SCHWAB KATZ & DWYER, LLP

                                     s/_____
                                     Steven P. Orlowski (SPO-9352)
                                     Attorneys for Defendants
                                     ALUTIIQ SECURITY & TECHNOLOGY LLC and
                                     AFOGNAK NATIVE CORPORATION
                                     120 Broadway
                                     New York, New York 10271
                                     (212) 964-6611