415-8013/1032264

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GWENDOLYN GREY,

                            Plaintiff,

-against-

THE UNITED STATES OF AMERICA, WACKENHUT SERVICES, INCORPORATED, ALUTIIQ SECURITY & TECHNOLOGY, LLC and AFOGNAK NATIVE CORPORATION,

                            Defendants.
------------------------------------------------------------x

NOTICE OF APPEARANCE

08-civ- 03233 (RWS)

Filed by ECF on June 10, 2008

PLEASE TAKE NOTICE that Steven P. Orlowski of Lester Schwab Katz & Dwyer, LLP, has appeared for defendants Alutiiq Security & Technology, LLC and Afognak Native Corporation.

Dated:     New York, New York
             June 10, 2008

LESTER SCHWAB KATZ & DWYER, LLP

s/_____
Steven P. Orlowski (SPO-9352)
Attorneys for Defendants
ALUTIIQ SECURITY & TECHNOLOGY LLC
and AFOGNAK NATIVE CORPORATION
120 Broadway
New York, New York 10271
(212) 964-6611