

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

June 9, 2008

BY FACSIMILE
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

RECEIVED
JUN 09 2008
JUDGE SWEET

Re:   Gray v. United States of America, et al.,
      08 Civ. 3233 (RWS)

Dear Judge Sweet:

    This Office represents the United States of America in the above-captioned matter filed by plaintiff Gwendolyn Gray on April 1, 2008. Gray alleges that she suffered personal injuries in a motor vehicle accident that occurred on the campus of the United States Military Academy at West Point. It appears that the time to respond to the complaint has not yet begun to run because the United States was not properly served, as the summons and complaint were mailed to the courthouse at 500 Pearl Street rather than this Office. The United States does not intend to challenge service, but respectfully requests that it be granted until July 9, 2008, to answer or otherwise respond to the complaint. Eleanor Louise Polimeni, Esq., counsel for the plaintiff, consents to this request.

    I thank the Court for its consideration of this request.

*So ordered*
*Sweet*
*USDJ*
*6-12-08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: /s/ David Bober

DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc:   Eleanor Louise Polimeni, Esq. (via facsimile)
      Frank J. Pecorelli, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

TOTAL P.02