LSK&D #: 415-8013 / 1032410

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GWENDOLYN GRAY,

                                Plaintiff,

-against-

THE UINITED STATES OF AMERICA,
WACKENHUT SERVICES, INCORPORATED,
ALUTIIQ SECURITY & TECHNOLOGY, LLC
and AFOGNAK NATIVE CORPORATION,

                                Defendants.
-------------------------------------------------------------------x

Index No.: 08 CV 03233 (RWS)

**ANSWER**

**Defendants Demand Trial by Jury**

Defendants, ALUTIIQ SECURITY AND TECHNOLOGY, LLC and AFOGNAK NATIVE CORPORATION by their attorneys, LESTER SCHWAB KATZ & DWYER, LLP, answering plaintiff's undated Complaint respectfully state as follows:

### ANSWERING THE FIRST CAUSE OF ACTION

1.    Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1" of the Complaint.

2.    Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "2" of the Complaint.

3.    Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "3" of the Complaint.

4.    Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the Complaint.

5.    Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5" of the Complaint.

6. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "6" of the Complaint.

7. Admit the allegations contained in paragraph "7" of the Complaint as to defendants ALUTIIQ and AFOGNAK and deny any knowledge or information sufficient to form a belief as to the other defendants.

8. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "8" of the Complaint.

9. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "9" of the Complaint.

10. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "10" of the Complaint.

11. Deny the allegations contained in paragraph "11" of the Complaint.

12. Deny the allegations contained in paragraph "12" of the Complaint except admit that ALUTIIQ SECURITY & TECHNOLOGY, LLC, was and still is foreign limited liability company authorized and doing business in the State of New York.

13. Deny the allegations contained in paragraph "13" of the Complaint except admit that ALUTIIQ SECURITY & TECHNOLOGY, LLC, was and still is a limited liability company authorized to do business in the State of New York.

14. Admit the allegations contained in paragraph "14" of the Complaint.

15. Deny the allegations contained in paragraph "15" of the Complaint.

16. Admit the allegations contained in paragraph "16" of the Complaint.

17. Admit the allegations contained in paragraph "17" of the Complaint except denies that AFOGNAK is/was authorized to do business within the state of New York.

18. Admit the allegations contained in paragraph "18" of the Complaint except denies that AFOGNAK did/does business within the State of New York.

19. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "19" of the Complaint.

20. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20" of the Complaint.

21. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "21" of the Complaint.

22. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "22" of the Complaint.

23. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "23" of the Complaint.

24. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "24" of the Complaint.

25. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "25" of the Complaint.

26. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "26" of the Complaint.

27. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "27" of the Complaint.

28. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "28" of the Complaint.

29. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "29" of the Complaint.

30. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "30" of the Complaint.

31. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "31" of the Complaint.

32. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "32" of the Complaint.

33. Deny the allegations contained in paragraph "33" of the Complaint.

34. Deny the allegations contained in paragraph "34" of the Complaint.

35. Deny the allegations contained in paragraph "35" of the Complaint.

36. Deny the allegations contained in paragraph "36" of the Complaint.

37. Admit the allegations contained in paragraph "37" of the Complaint.

38. Deny the allegations contained in paragraph "38" of the Complaint.

39. Deny the allegations contained in paragraph "39" of the Complaint.

40. Deny the allegations contained in paragraph "40" of the Complaint.

41. Deny the allegations contained in paragraph "41" of the Complaint.

42. Deny the allegations contained in paragraph "42" of the Complaint.

43. Deny the allegations contained in paragraph "43" of the Complaint.

44. Deny the allegations contained in paragraph "44" of the Complaint.

45. Deny the allegations contained in paragraph "45" of the Complaint.

46. Deny the allegations contained in paragraph "46" of the Complaint.

47. Admit the allegations contained in paragraph "47" of the Complaint.

48. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "48" of the Complaint.

49. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "49" of the Complaint.

50. Deny the allegations contained in paragraph "50" of the Complaint except admit that ALUTIIQ did enter into a contract with an entity known as Northern Region Contracting Center (NRCC) General Support Division (Contract Number DABJ01-03-D-0014-0030) to provide security Guards for the West Point Military Installation.

51. Deny the allegations contained in paragraph "51" of the Complaint except admit that ALUTIIQ did enter into a contract with an entity known as Northern Region Contracting Center (NRCC) General Support Division (Contract Number DABJ01-03-D-0014-0030) to provide security Guards for the West Point Military Installation.

52. Deny the allegations contained in paragraph "52" of the Complaint.

53. Deny the allegations contained in paragraph "53" of the Complaint.

54. Deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "54" of the Complaint.

55. Deny the allegations contained in paragraph "55" of the Complaint and refer all questions of law to the Court.

56. Deny the allegations contained in paragraph "56" of the Complaint as to defendants ALUTIIQ and AFOGNAK and deny any knowledge or information sufficient to form a belief as to the other defendants.

57. Deny the allegations contained in paragraph "57" of the Complaint.

58. Deny the allegations contained in paragraph "58" of the Complaint as to defendants ALUTIIQ and AFOGNAK and deny any knowledge or information sufficient to form a belief as to the other defendants.

59. Deny the allegations contained in paragraph "59" of the Complaint as to defendants ALUTIIQ and AFOGNAK and deny any knowledge or information sufficient to form a belief as to the other defendants.

60. Deny the allegations contained in paragraph "60" of the Complaint as to defendants ALUTIIQ and AFOGNAK and deny any knowledge or information sufficient to form a belief as to the other defendants.

61. Deny the allegations contained in paragraph "61" of the Complaint and refer all questions of law to the Court.

62. Deny the allegations contained in paragraph "62" of the Complaint.

63. Deny the allegations contained in paragraph "63" of the Complaint.

### ANSWERING THE SECOND CAUSE OF ACTION

64. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein in answer to paragraph "64" of the Complaint.

65. Deny the allegations contained in paragraph "65" of the Complaint.

### CROSS-CLAIM AGAINST DEFENDANT THE UNITED STATES OF AMERICA

### DEFENDANTS ALUTIIQ SECURITY AND TECHNOLOGY, LLC AND AFOGNAK NATIVE CORPORATIONALLEGE:

66. In the event plaintiff sustained the injuries and damages complained of, such injuries and damages were caused in whole or in part, by reason of the acts or

omissions of THE UNITED STATES OF AMERICA without any wrongdoing on the part of defendants ALUTIIQ and AFOGNAK contributing thereto.

67. By reason of the foregoing, in the event that any judgment or verdict is recovered against defendants ALUTIIQ and AFOGNAK, defendants ALUTIIQ and AFOGNAK are entitled to indemnification from and to judgment over and against THE UNITED STATES OF AMERICA, or alternatively, for contribution from THE UNITED STATES OF AMERICA, equal to their proportionate share of responsibility as is adjudged between all the defendants herein.

### CROSS-CLAIM AGAINST DEFENDANT WACKENHUT SERVICES, INCORPORATED

### DEFENDANTS ALUTIIQ SECURITY AND TECHNOLOGY, LLC AND AFOGNAK NATIVE CORPORATIONALLEGE:

68. In the event plaintiff sustained the injuries and damages complained of, such injuries and damages were caused in whole or in part, by reason of the acts or omissions of the defendant WACKENHUT without any wrongdoing on the part of defendants ALUTIIQ and AFOGNAK contributing thereto.

69. By reason of the foregoing, in the event that any judgment or verdict is recovered against defendants ALUTIIQ and AFOGNAK, defendants ALUTIIQ and AFOGNAK are entitled to indemnification from and to judgment over and against defendant WACKENHUT, or alternatively, for contribution from defendant WACKENHUT, equal to their proportionate share of responsibility as is adjudged between all the defendants herein.

**WHEREFORE**, these answering defendants demand judgment dismissing the Complaint, together with the attorneys' fees, costs and disbursements of this action.

Dated:    New York, New York
             June 11, 2008

                                    Respectfully submitted,

                                    LESTER SCHWAB KATZ & DWYER, LLP

                                    S/
                                    Steven P. Orlowski (SPO-9352)
                                    Attorneys for Defendants
                                    ALUTIIQ SECURITY AND TECHNOLOGY, LLC
                                    and AFOGNAK NATIVE CORPORATION
                                    120 Broadway
                                    New York, New York  10271
                                    (212)  964-6611

TO:

FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, NY  12550
Attorneys for Plaintiff
Attn:  Eleanor Louise Polimeni, Esq.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
86 Chambers Street
New York, New York 10007
Attorneys for Defendant
The United States of America
Attn:  David Bober, Esq.

AHMUTY DEMERS & McMANUS
200 I.U. Willets Road
Albertson, New York 11507
Attorneys for Defendant
Wackenhut Services, Inc.
Attn:  Frank J. Pecorelli, Jr., Esq.