MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY  10007
Tel.: (212) 637-2718
Fax: (212) 637-2786
david.bober@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
GWENDOLYN GRAY,                                    :
:
                Plaintiff,         :
:
  - against -                                      :         08 Civ. 3233 (RWS)
:
THE UNITED STATES OF AMERICA,                      :         **NOTICE OF MOTION**
WACKENHUT SERVICES, INCORPORATED,                  :         ECF Case
ALUTIIQ SECURITY & TECHNOLOGY, LLC                 :
and AFOGNAK NATIVE CORPORATION,                    :
:
                Defendants.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Motion of Defendant the United States of America to dismiss the complaint, and the Declaration of David Bober, and upon all the pleadings filed in this action, defendant, by his attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court on Wednesday, September 10, 2008, at noon, or on an alternative date set by the Court, for an order dismissing the complaint of plaintiff Gwendolyn Gray and the cross-claims of defendants Wackenhut Services, Incorporated, Alutiiq Security & Technology, LLC, and Afognak Native

Corporation pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just.

Dated: New York, New York
       July 9, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York
                                                Attorney for Defendant
                                                The United States of America

By:   /s/ David Bober
        DAVID BOBER
        Assistant United States Attorney
        86 Chambers Street, 3d Floor
        New York, NY  10007
        Telephone:  (212) 637-2718
        Facsimile:   (212) 637-2786

TO:    Eleanor Louise Polimeni
        Finkelstein & Partners, LLP
        1279 Route 300
        Newburgh, NY 12551

        Frank J. Pecorelli, Jr.
        Ahmuty, Demers & McManus
        200 I.U. Willets Road
        Albertson, NY 11507

        Steven P. Orlowski
        Lester, Schwab, Katz and Dwyer LLP
        120 Broadway
        New York, NY 10271