UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

GWENDOLYN GRAY,

                Plaintiff,

   - against -

THE UNITED STATES OF AMERICA,
WACKENHUT SERVICES, INCORPORATED,
ALUTIIQ SECURITY & TECHNOLOGY, LLC and
AFOGNAK NATIVE CORPORATION,

                Defendants.

------------------------------------------X

     08 Civ. 3233 (RWS)

     O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

Sweet, D.J.,

       The Motion to Dismiss of Defendant United States of America, dated July 9, 2008, will be heard at noon on Wednesday, September 10, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

New York, NY
July 16, 2008

                                   ROBERT W. SWEET
                                   U.S.D.J.